### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT K. DECKER, #51719-074, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:24-CV-00343-JPG |
| DANIEL SPROUL, | ) |
| Respondent. | ) |

### JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision;

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED:** April 23, 2024

MONICA A. STUMP, Clerk of Court

By: *s/Tina Gray,*
Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE